

**Blecher Collins Pepperman & Joye**
A Professional Corporation
ATTORNEYS AT LAW

515 SOUTH FIGUEROA STREET, SUITE 1750
LOS ANGELES, CALIFORNIA 90071-3334
T. 213.622.4222 • F. 213.689.1944
WWW.BLECHERCOLLINS.COM

MBLECHER@BLECHERCOLLINS.COM

September 12, 2014

...JMENT
...TRONICALLY
9/15/2014

The Honorable Denise L. Cote
United States District Judge
Daniel P. Moynihan U.S. Courthouse
New York, New York 10007-1312

    Re:    Diesel eBooks, LLC v. Apple Inc. et al., Case No. 14 Civ. 1768 (DLC)
              Abbey House Media, Inc. v. Apple Inc. et al., Case No. 14 Civ. 2000 (DLC)

Dear Judge Cote:

    At a pretrial conference on August 14, 2014, the Court ordered that Plaintiffs' counsel in the above-referenced cases notify all defense counsel by August 29, 2014 whether they intended to pursue claims arising from foreign sales of e-books. (Tr. at 11:1-6.) The parties were ordered to submit a briefing schedule to the Court by September 12, 2014. (*Id.*) After counsel for all parties conferred, the parties have agreed to the following procedures and schedule:

    The parties will file letter-briefs under the procedures set forth in Paragraph 1.A of this Court's Individual Practices in Civil Cases and Rule 7.1(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. The Plaintiffs will collectively file a single, two-page letter-brief by September 26, 2014. The Defendants will then collectively file a single, two-page response by October 10, 2014. The Plaintiffs will then have the option to collectively file a single, one-page reply by October 17, 2014.

                              Respectfully submitted,

                              /s/ *Maxwell M. Blecher*
                              MAXWELL M. BLECHER

cc:    All counsel of record
60423.1

*Approved.*
*Denise Cote*
*Sept. 15, 2014*