UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIESEL EBOOKS, LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC. et al.<br><br>　　　　Defendants. | CASE NO.: 14 Civ. 1768 (DLC) |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Diesel eBooks, LLC ("Diesel") and Defendant Apple Inc. ("Apple") have reached a settlement agreement in this action.

NOW, THEREFORE, Diesel and Apple, by and through their counsel of record, stipulate and agree that:

　　　1.　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action, and each and every claim alleged therein against Apple but no other defendant, is voluntarily dismissed with prejudice. Each party is to bear its own fees and costs.

　　　2.　　This Stipulation may be executed in one or more counterparts. Scanned signatures, digital signatures or signatures received by facsimile shall be treated the same as originals for the Stipulation and any written, agreed modification thereof. All executed counterparts and each of them shall be deemed to be one and the same instrument. A complete set of executed counterparts shall be filed with the Court.

Dated: April 17, 2015                    BLECHER COLLINS PEPPERMAN & JOYE, P.C.

                                         By: _____
                                             Maxwell M. Blecher
                                             Attorneys for Plaintiff Diesel eBooks, LLC

                                         Maxwell M. Blecher
                                         Jordan L. Ludwig
                                         Blecher Collins Pepperman & Joyce, P.C.
                                         515 S. Figueroa St., Suite 1750
                                         Los Angeles, CA 90071
                                         Tel: (213) 622-4222
                                         Fax: (213) 622-1656
                                         mblecher@blechercollins.com
                                         jludwig@blechercollins.com


Dated: April 17, 2015                    GIBSON, DUNN & CRUTCHER LLP

                                         By: _____
                                             Daniel G. Swanson /DSH
                                             Attorneys for Defendant Apple Inc.

                                         Theodore J. Boutrous, Jr.
                                         Daniel G. Swanson
                                         Gibson, Dunn & Crutcher, LLP
                                         333 South Grand Avenue
                                         Los Angeles, CA  90071
                                         (213) 229-7000
                                         tboutrous@gibsondunn.com

                                         Lawrence J. Zweifach
                                         Gibson, Dunn & Crutcher, LLP
                                         200 Park Avenue
                                         New York, NY 10166-0193
                                         (212) 351-4000

                                         Cynthia Richman
                                         Gibson, Dunn & Crutcher, LLP
                                         1050 Connecticut Avenue, N.W.
                                         Washington, DC  20036
                                         (202) 955-8500

74670.1