UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIESEL EBOOKS, LLC<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. et al.<br><br>Defendants. | <br><br>4/21/2015<br><br>CASE NO.: 14 Civ. 1768 (DLC) |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Diesel eBooks, LLC ("Diesel") and Defendant Apple Inc. ("Apple") have reached a settlement agreement in this action.

NOW, THEREFORE, Diesel and Apple, by and through their counsel of record, stipulate and agree that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action, and each and every claim alleged therein against Apple but no other defendant, is voluntarily dismissed with prejudice. Each party is to bear its own fees and costs.

2. This Stipulation may be executed in one or more counterparts. Scanned signatures, digital signatures or signatures received by facsimile shall be treated the same as originals for the Stipulation and any written, agreed modification thereof. All executed counterparts and each of them shall be deemed to be one and the same instrument. A complete set of executed counterparts shall be filed with the Court.

*So ordered.*

*[signature]*
*4/21/15*

Dated: April 20, 2015  BLECHER COLLINS PEPPERMAN & JOYE, P.C.

By: _____
Maxwell M. Blecher
Attorneys for Plaintiff Diesel eBooks, LLC

Maxwell M. Blecher
Jordan L. Ludwig
Blecher Collins Pepperman & Joyce, P.C.
515 S. Figueroa St., Suite 1750
Los Angeles, CA 90071
Tel: (213) 622-4222
Fax: (213) 622-1656
mblecher@blechercollins.com
jludwig@blechercollins.com


Dated: April 20, 2015  GIBSON, DUNN & CRUTCHER LLP

By: _____
Daniel G. Swanson    /DSH
Attorneys for Defendant Apple Inc.

Theodore J. Boutrous, Jr.
Daniel G. Swanson
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000
tboutrous@gibsondunn.com

Lawrence J. Zweifach
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Cynthia Richman
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
(202) 955-8500

Dated: New York, New York
_____, 2015

**SO ORDERED:**

_____
DENISE COTE
United States District Judge

74670.1