
Freshfields Bruckhaus Deringer US LLP

**By ECF**

**RICH SNYDER**
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
Tel +1 202 777 4565
Fax +1 202 507 5965
richard.snyder@freshfields.com

May 7, 2015

Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, New York 10007-1312

Re: DNAML PTY, Limited v. Apple, Inc., et al., 13 Civ. 6516 (DLC)
Diesel eBooks, LLC v. Apple, Inc., et al., 14 Civ. 1768 (DLC)
Abbey House Media, Inc. v. Apple, Inc., et al., 14 Civ. 2000 (DLC)

Dear Judge Cote,

We write to confirm that, pursuant to your Individual Practices, Hachette Book Group filed on May 7, 2015 unredacted versions of its April 27, 2015 Letter addressed to Judge Denise L. Cote, appendix, exhibits, and cited documents (*DNAML* DE #118, *Diesel* DE #107, *Abbey House Media* DE #108) with the Sealed Records Department of the Southern District of New York.

Respectfully Submitted,

/s/ Richard Snyder
Richard Snyder

Counsel

The Freshfields Bruckhaus Deringer US LLP partners include members of the Bars of the State of New York and the District of Columbia, Solicitors of the Supreme Court of England and Wales and Rechtsanwälte of Germany

Abu Dhabi Amsterdam Bahrain Beijing Berlin Brussels Cologne Dubai Düsseldorf Frankfurt am Main Hamburg Hanoi Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Rome Shanghai Singapore Tokyo Vienna Washington