**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABBEY HOUSE MEDIA, INC, d/b/a BOOKSONBOARD<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., et al.,<br><br>Defendants. | Civil Action No. 14 Civ. 2000(DLC) |
| DIESEL EBOOKS, LLC<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., et al.,<br><br>Defendants. | Civil Action No. 14 Civ. 1768(DLC) |
| DNAML PTY, LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., et al.,<br><br>Defendants. | Civil Action No. 13 Civ. 6516(DLC) |

**DEFENDANTS' JOINT NOTICE OF MOTION TO EXCLUDE**
**EXPERT OPINIONS OF JAMES D. RATLIFF**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and the Declaration of C. Scott Lent, dated October 30, 2015, and the documents submitted therewith, that defendants HarperCollins Publishers L.L.C., Apple, Inc.,[1] Hachette Book Group, Inc., Simon & Schuster, Inc., Verlagsgruppe Georg von Holtzbrinck GmbH and Holtzbrinck Publishers, LLC d/b/a Macmillan, and The Penguin Group, a Division of Pearson PLC (collectively, "Defendants") respectfully move this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, and the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order excluding the expert opinions in the Expert Report of James D. Ratliff and the Reply Report of James D. Ratliff Concerning Causation ("Ratliff Reports") and for such other and further relief as the Court deems appropriate.

This motion is brought under Federal Rules of Evidence 702 and 403 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Defendants respectfully request that the Court preclude Dr. Ratliff from testifying about the effects that the switch to Agency had on their businesses, and that the Court strike the following portions of Dr. Ratliff's expert reports:

1. Initial Ratliff Rep. ¶ 18-21
2. Initial Ratliff Rep. ¶ 106-108
3. Initial Ratliff Rep. ¶ 127
4. Initial Ratliff Rep. ¶ 137
5. Initial Ratliff Rep. ¶ 145
6. Reply Ratliff Rep. ¶ 7-8

[1] Apple, Inc. is no longer a party to the litigation involving plaintiffs Diesel Ebooks, LLC and Abbey House Media, Inc, d/b/a BooksOnBoard.

7. Reply Ratliff Rep. ¶ 13
8. Reply Ratliff Rep. ¶ 15-17
9. Reply Ratliff Rep. ¶ 19 (partial)
10. Reply Ratliff Rep. ¶ 35 (last sentence)
11. Reply Ratliff Rep. ¶ 41
12. Reply Ratliff Rep. ¶ 114
13. Reply Ratliff Rep. ¶ 116
14. Reply Ratliff Rep. ¶ 120
15. Reply Ratliff Rep. ¶ 131-133
16. Reply Ratliff Rep. ¶ 135-136
17. Reply Ratliff Rep. ¶ 137 (last sentence)
18. Reply Ratliff Rep. ¶ 156
19. Reply Ratliff Rep. ¶ 159
20. Reply Ratliff Rep. ¶ 164
21. Reply Ratliff Rep. ¶ 180

Dated: October 30, 2015

Respectfully submitted,

/s/

C. Scott Lent
scott.lent@aporter.com
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1784
Facsimile: (212) 715-1399

*Attorney for Defendant*
*HarperCollins Publishers L.L.C.*

/s/
James W. Quinn
Yehudah L. Buchweitz
Jeff L. White
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel.: (212) 310-8000
Fax: (212) 310-8007

james.quinn@weil.com
yehudah.buchweitz@weil.com
jeff.white@weil.com

*Attorneys for Defendant*
*Simon & Schuster, Inc.*

/s/
Saul P. Morgenstern
Amanda C. Croushore
Margaret A. Rogers
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Tel.: (212) 836.7210
Fax: (212) 836-6333

saul.morgenstern@kayescholer.com
amanda.croushore@kayescholer.com
margaret.rogers@kayescholer.com

*Attorneys for Defendant*
*Penguin Group (USA) Inc.*

/s/
Michael Lacovara
Richard Snyder (*pro hac vice*)
Samuel J. Rubin
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue 31st Fl.
New York, NY 10022
Tel.: (212) 277 4000
Fax: (212) 277 4001

michael.lacovara@freshfields.com
richard.snyder@freshfields.com
samuel.rubin@freshfields.com

*Attorneys for Defendant*
*Hachette Book Group, Inc.*

/s/
Joel M. Mitnick
John Lavelle
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-5300
Fax: (212) 839-5599

jmitnick@sidley.com
jlavelle@sidley.com

*Attorneys for Defendants*
*Macmillan Publishers Inc., and*
*Verlagsgruppe Georg Von Holtzbrinck*
*GmbH*

/s/

Theodore J. Boutrous, Jr.
Daniel G. Swanson
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 229-7000

tboutrous @ gibsondunn.com

Lawrence J. Zweifach
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: (212) 351-4000

Cynthia Richman
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 955-8500

*Attorneys for Defendant*
*Apple, Inc.*[2]

[2] Apple, Inc. is no longer a party to the litigation involving plaintiffs Diesel Ebooks, LLC and Abbey House Media, Inc, d/b/a BooksOnBoard.

**CERTIFICATE OF SERVICE**

I certify that the I have electronically filed the foregoing document using the CM/ECF system, and will separately send notification of such filing, as well as the accompanying Memorandum of Law and the Declaration of C. Scott Lent in support of the motion, to the e-mail addresses registered in the CM/ECF system.

Dated: October 30, 2015

By: /s/
C. Scott Lent
Arnold & Porter LLP
399 Park Avenue, 37th Floor
New York, New York 10022
Tel: (212) 715-1784
scott.lent@aporter.com