UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIESEL EBOOKS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE, INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, LLC; VERLAGSGRUPPE GEORG VON HOLTZBRINCK GMBH; HOLTZBRINCK PUBLISHERS, LLC d/b/a/ MACMILLAN; THE PENGUIN GROUP, A DIVISION OF PEARSON PLC; and SIMON & SCHUSTER, INC.,<br><br>        Defendants. | CASE NO.: 14 Civ. 1768 (DLC) |

**PLAINTIFF DIESEL EBOOKS, LLC'S
<u>NOTICE OF APPEAL</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Plaintiff Diesel eBooks, LLC hereby appeals as to all defendants (except Apple, Inc.) to the United States Court of Appeals for the Second Circuit from the Rule 54(b) Judgment filed on March 3, 2016 (Dkt. 245, attached hereto as Exhibit A), which was based on the District Court's Order on March 2, 2016 directing entry of judgment under Rule 54(b) of the Federal Rules of Civil Procedure (Dkt. 243, attached hereto as Exhibit B), and the District Court's Corrected Opinion and Order granting summary judgment dated February 10, 2016 (Dkt. No. 239, attached hereto as Exhibit C).

Dated:  March 8, 2016                                BLECHER COLLINS & PEPPERMAN, P.C.

                                        By:        /s/  *Maxwell M. Blecher*
                                              Maxwell M. Blecher (pro hac vice)
                                               *mblecher@blechercollins.com*
                                              Harold R. Collins (pro hac vice)
                                               *hcollins@blechercollins.com*
                                              Donald R. Pepperman (pro hac vice)
                                               *dpepperman@blechercollins.com*
                                              Taylor C. Wagniere (pro hac vice)
                                               *twagniere@blechercollins.com*
                                              515 S. Figueroa St., Suite 1750
                                              Los Angeles, CA 90071
                                              Tel:  (213) 622-4222 / Fax:  (213) 622-1656

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2016, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| James Quinn<br>Yehudah L. Buchweitz<br>Jeff L. White<br>Robert Levine<br>Joseph Adamson<br>William Brewer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>Email: james.quinn@weil.com<br>          yehudah.buchweitz@weil.com<br>          jeff.white@weil.com<br>          robert.levine@weil.com<br>          joseph.adamson@weil.com<br>          william.brewer@weil.com | Attorneys for Simon & Schuster, Inc. |
| Charles Scott Lent<br>Arnold & Porter LLP<br>399 Park Avenue, 34th Floor<br>New York, NY 10022<br>Tel: (212) 715-1784<br>Email: Scott.Lent@aporter.com | Attorneys for HarperCollins Publishers L.L.C. |
| Joel M. Mitnick<br>John J. Lavelle<br>Bianca Cadena<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Email: jmitnick@sidley.com<br>          jlavelle@sidley.com<br>          bcadena@sidley.com | Attorneys for Holtzbrinck Publishers, LLC d/b/a Macmillan and Verlagsgruppe Georg von Holtzbrinck GmbH |

| | |
|---|---|
| Michael Lacovara<br>Richard S. Snyder<br>Samuel Rubin<br>Freshfields Brockhaus Deringer US LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 277-4000<br>Email: michael.lacovara@freshfields.com<br>       richard.snyder@freshfields.com<br>       samuel.rubin@freshfields.com | Attorneys for Hachette Book Group, Inc. and Hachette Digital, Inc. |
| Saul P. Morgenstern<br>Alice C. C. Huling<br>Amanda Croushore<br>Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Tel: (212) 836-8000<br>Email: saul.morgenstern@kayescholer.com<br>       alice.huling@kayescholer.com<br>       amanda.croushore@kayescholer.com | Attorneys for Penguin Group (USA), Inc. and the Penguin Group |
| Lawrence I. Zweifach<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel: (212) 351-4000<br>Email: lzweifach@gibsondunn.com<br><br>Daniel G. Swanson<br>Gibson, Dunn & Crutcher, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: (213) 229-7000<br>Email: dswanson@gibsondunn.com<br><br>Cynthia Richman<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Tel: (202) 955-8500<br>Email: crichman@gibsondunn.com | Attorneys for Apple, Inc. |

82582.1